UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valerie Brooks,<br><br>            Plaintiff,<br><br>    v.<br><br>Teavana Corporation, et al.,<br><br>            Defendants. | No. 2:20-cv-01225-KJM-JDP<br><br>ORDER |

On August 4, 2020, the court stayed this action and ordered parties to meet and confer to discuss settlement of this matter.  The court further ordered that once exhaustion of their informal settlement efforts were exhausted, parties were to contact the court's Voluntary Dispute Resolution Program ("VDRP") within 45 days.  To date, the parties have yet to contact VDRP.

IT IS THEREFORE ORDERED that the parties show cause within fourteen days of the date of this order why each of them should not be sanctioned in the amount of $250.00 for failure to follow court orders.

IT IS SO ORDERED.

DATED: February 17, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1