UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valerie Brooks,<br><br>                Plaintiff,<br><br>    v.<br><br>Teavana Corporation, et al.,<br><br>               Defendants. | No. Case 2:20-cv-01225-KJM-JDP<br><br>ORDER |

      On February 25, 2021, Plaintiff Valerie Brooks filed a notice of the parties' settlement. ECF No. 11.  The court vacated all deadlines and hearings and ordered the parties to file dispositional documents no later than March 29, 2021.  ECF No. 12.  The court later extended that deadline to October 1, 2021.  ECF No. 15.  On October 1, 2021, Brooks reported the parties were "still in the process of finalizing the language in the formal settlement agreement" and requested more time to file dispositional documents.  ECF No. 16.  The parties have not filed any further reports or notices in the several weeks that followed.

      The court **grants** the request to extend the deadline to file dispositional documents to **December 10, 2021**.  No request to extend that deadline will be granted absent a showing of good cause.  Failure to comply with this and any other court orders may result in sanctions, including monetary sanctions and dismissal.

/////

1

1      IT IS SO ORDERED.

2     DATED: November 18, 2021.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE