# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAVANA CORPORATION, a Georgia corporation; individually and doing business as STARBUCKS CORPORATION, a Washington Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01225-KJM-JDP<br><br>**ORDER CONTINUING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

**IT IS HEREBY ORDERED THAT,**

The deadline to file dispositional documents currently scheduled for December 10, 2021, is hereby continued to January 7, 2022.

**IT IS SO ORDERED.**

DATED: December 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE