Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binaymin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

Gregory F. Hurley, SBN 126791
ghurley@sheppardmullin.com
Michael J. Chilleen, SBN 210704
mchilleen@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130

*Attorneys for Defendant,*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>TEAVANA CORPORATION, a Georgia Corporation; individually and doing business as STARBUCKS CORPORATION, a Washington corporation and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:　2:20-cv-01225-KJM-JDP<br><br>*Assigned to Hon. Kimberly J. Mueller*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a); [PROPOSED] ORDER** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Valerie Brooks ("Plaintiff"), and Defendant Teavana Corporation d/b/a Starbucks Corporation ("Defendant"), stipulate and jointly request that the Court enter a dismissal with prejudice as to the instant case in its entirety. Each party shall bear her or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully Submitted,

DATED: May 3, 2022    **WILSHIRE LAW FIRM**

By: */s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff*

DATED: May 3, 2022    **SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP**

By: */s/ Gregory F. Hurley*
Gregory F. Hurley
*Attorneys for Defendant,*
TEAVANA CORPORATION

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4 (a)(2)(ii), the filers of this report attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 3, 2022                                    By: */s/ Thiago M. Coelho*
                                                                    Thiago M. Coelho